UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN JOSEPH, ET AL

VERSUS

DEPUY ORTHOPAEDICS, INC., ET AL

CIVIL ACTION

NO. 11-0659-BAJ-CN

**RULING**

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 9, 2011 (doc. 16) to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the October 19, 2011 Order denying the "Motion to Stay All Proceedings Pending Transfer to MDL No. 2197" (doc. 4), which was filed by defendants, DePuy Orthopaedics, Inc. and Johnson & Johnson Services, Inc., is hereby **VACATED**, and such motion is **GRANTED**, resulting in a **STAY** of this matter until the Judicial Panel on Multidistrict Litigation makes a determination as to whether this case is to be transferred to the ongoing MDL proceeding.

Baton Rouge, Louisiana, December 23, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA